Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000603
07-JAN-2016
08:37 AM

NO. CAAP-15-0000603

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FRANCIS M. SHYANGUYA, Plaintiff-Appellant,
v.
THE RITZ-CARLTON HOTEL COMPANY LLC (RCHCLLC),
MR. HERVE HUMLER, MR. JIM CONELLY,
MS. KATHLEEN O. (Kathy) SMITH, MS. TIFFANY SCHAFFER,
MR. TOM DONOVAN, MS. APRIL WEST, MARRIOTT INTERNATIONAL, INC.
(MII), MR. ARNE SORENSON, MR. KEITH WALLACE, MR. DAVID GRISSEN,
MR. JIM KAUFFMAN, MR. DOUG WATSON, and MS. TIFFANY SCHAFER,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-1668)

ORDER
(1) DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30;
AND
(2) ALL PENDING MOTIONS ARE DISMISSED AS MOOT
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On August 13, 2015, Plaintiff-Appellant Francis M. Shyanguya (Appellant), pro se, conventionally filed a notice of appeal. The circuit court clerk electronically filed the notice of appeal on August 26, 2015;

(2) On October 12, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 22, 2015, and November 23, 2015, respectively;

(3) Appellant did not file either document, or request an extension of time;

(4) On November 3, 2015, Defendants-Appellees Ritz-Carlton Hotel Company LLC, et al., filed a motion for an order requiring Appellant to designate transcripts;

(5) On December 17, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on December 28, 2015, for such action as the court deems proper, which could include dismissal; and

(6) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED: Honolulu, Hawai'i, January 7, 2016.

Presiding Judge

Associate Judge

Associate Judge

-2-